# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **BRUSH DENTAL DOMAIN, P.C.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 4:21-cv-02113** |
| **v.** | § | |
| | § | **JUDGE CHARLES ESKRIDGE** |
| **SWISH DENTISTRY, P.L.L.C.,** | § | |
| **ET AL.,** | § | |
| **Defendants.** | § | |
| | § | |

---

## DEFENDANTS' AMENDED INITIAL DISCLOSURES

---

Defendants Swish Dentistry, P.L.L.C. and Anna M. Munne, D.D.A., P.A. make the following amended initial disclosures, subject to supplementation as discovery progresses, under Rule 26(a)(1)(A).

**A.    Individuals Likely to Have Discoverable Information**

| Name of Person | Description of What the Person Knows |
|---|---|
| Brush Dental Domain, P.C. | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| Viraj Desai, DMD | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| Brendan Loehr, DMD | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |

| | |
|---|---|
| Audrey Lawson, DMD | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| William Brooks, DMD | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| Brittany Thompson, DMD | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| Andrew Hatashima, DMD | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| Christie Tu, DDS | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| Shima Shadman, DDS | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| Jessica Xia, DDS | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| Tarek Sirage, DMD | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| Rose Duong, DDS | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |

| | |
|---|---|
| Jason Sampat, DMD | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| Other employees of Brush Dental Domain, P.C. | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| Swish Dentistry, P.L.L.C. | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| Anna M. Munne, D.D.S. P.A. | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| Anna M. Munne, DDS | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| Employees of Defendant Anna M. Munne, D.D.A. P. A. | Knowledge of the events set forth in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| Any and all persons initially designated by Plaintiff or subsequently designated by Plaintiff or Defendants, to which reference is here made. | |

**B.     LIST OF DOCUMENTS AND ESI**

| **Documents, Electronically Stored Information, or Tangible Things** |
|---|
| Plaintiff has documents and ESI in its possession that are relevant to the allegations made in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| Defendants have documents and ESI in its possession that are relevant to the allegations made in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. Relevant documents have been produced or are being produced in response to Plaintiff's Request for the production of documents. |

| The United States Patent and Trademark Office has documents and ESI in its possession that are relevant to the allegations made in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |
| The Texas Secretary of State may have documents and ESI in its possession that are relevant to the allegations made in the First Amended Complaint and Defendants' Answer and Counterclaim to cancel Plaintiff's trademarks. |

**C.     COMPUTATION OF DAMAGES**

Defendants are not currently claiming any damages. Defendants do seek attorney's fees and costs of litigation. Defendants will supplement this response if Defendants elect to seek damages of any kind.

**D.     INSURANCE**

Defendants do not have insurance that would indemnify or reimburse for payment made to satisfy a judgment.

Date: February 23, 2022

Respectfully submitted,

THE VETHAN LAW FIRM, P.C.

By: /s/ *Joseph L. Lanza*

Charles M.R. Vethan
Attorney-in-Charge
Texas Bar No. 00791852
Email: cvethan@vethanlaw.com
Two Memorial City Plaza
820 Gessner Rd. Suite 1510
Houston, Texas 77024
Tel: 713-526-2222
Fax: 713-526-2230

All Rule 5 service documents should be emailed to VLF's Service Email:
edocs@vwtexlaw.com

Joseph L. Lanza
Texas Bar No.
00784447
Email:
jlanza@vethanlaw.com
Fountainhead Tower
8200 IH-10 West, Suite 320
San Antonio, Texas
78230
Tel: 713-526-2222
Fax: 713-526-2230

All Rule 5 service documents
should be emailed to VLF's Service
Email: edocs@vwtexlaw.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct of copy of this instrument was served on all parties, represented through counsel or *pro se*, through ECF, email and/or Certified Mail, pursuant to the Federal Rules of Civil Procedure, on this 23rd day of February 2022, as follows:

Barry M. Golden
Texas State Bar. No. 24002149
Southern District of Texas No. 24946
EGAN NELSON LLP
2911 Turtle Creek Blvd., Suite 1100
Dallas, Texas 75219
Office Phone: (214) 628-9500
Mobile Phone: (214) 893-9034
Facsimile: (214) 628-9505
Email: barry.golden@egannelson.com

Eric Adler
Washington State Bar No. 49371
EGAN NELSON LLP
1601 5th Avenue, Suite 1100
Seattle, Washington 98109
Office Phone: (206) 753-1450
Email: eric.adler@egannelson.com

**ATTORNEYS FOR PLAINTIFF**
**BRUSH DENTAL DOMAIN, P.C.,**
**D/B/A SWISH DENTAL**

By: /s/ *Joseph L. Lanza*

Joseph L. Lanza